UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-LENARD/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,
ODETTE BARCHA, and
ARNALDO CARMOUZE,

Defendants.
_____/

## ORDER RE: D.E. 238, 260, 262

THIS CAUSE came before the Court upon the following motions:

1. Defendant Odette Barcha's ("Barcha") Motion for Bill of Particulars [D.E. 238];

2. Defendant Phillip Esformes' ("Esformes") Motion for a Limited Bill of Particulars [D.E. 260]; and

3. Government's Motion to Compel Discovery [D.E. 262].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Joan A. Lenard, United States District Judge [D.E. 241, 269]. The undersigned held a hearing on these matters on April 18, 2017. With the benefit of counsel's arguments, clarifications and stipulations, it is

ORDERED AND ADJUDGED that Barcha's Motion for Bill of Particulars, Esformes' Motion for a Limited Bill of Particulars and the government's Motion to Compel Discovery are GRANTED IN PART in accordance with the following findings and rulings made at the April 18th hearing.

1. Names of known co-conspirators referenced in the Second Superseding Indictment can be obtained from the Form 302's produced to date by the government. In addition, the government will continue to produce Form 302's on a rolling basis with production to be completed **90 days before trial**, subject to the government's ability to supplement thereafter as necessary. Form 302's will also be the source for the names of AHCA co-conspirators, subject to the same 90-day-before-trial deadline and ability to supplement thereafter as necessary.

2. Names of the patients that the government will rely upon at trial in support of its kickbacks/unnecessary medical services theories can be found in the following sources:

   (i) The list of approximately 200 patient files from the Esformes network of assisted living facilities ("ALFs") and skilled nursing facilities ("SNFs") (collectively, "Esformes Network Facilities"), to be produced on a rolling basis starting June 1, 2017 and ending August 31, 2017 pursuant to the undersigned's Order Re: D.E. 208 issued on March 13, 2017 [D.E. 231].

   (ii) The "kickback logs" produced by the government, which will be specifically identified within the production by **Friday, April 21, 2017**.

   (iii) Form 302's of patients who will testify at trial, which will be produced on a rolling basis ending **90 days before trial**, subject to the government's ability to supplement thereafter as necessary.

   (iv) Text messages that are part of the trial exhibits disclosed by the government on December 23, 2016.

   (v) The government's Fed. R. Evid. 1006 medical claims summary, to be produced **60 days before trial**.

3. Identities of Pharmacies 1, 2 and 3; Diagnostic companies 1-5; Laboratory 1; and Physician Vision Group 1 referenced in the Second Superseding Indictment shall be disclosed by the government **30 days from April 18, 2017**. The source for the identities of Physician 1, AHCA Employee 1 and AHCA Intermediaries 1 and 2 also referenced in the Second Superseding Indictment will be Form 302's, to be produced on a rolling basis with the production to be completed **90 days before trial**, subject to the government's ability to supplement thereafter as necessary.

4. With regard to Barcha's remaining requests, the government disclosed the following positions: Barcha's role in the alleged conspiracies commenced at the start of her employment with Hospital 1 in 2004; Barcha's conduct underlying the conspiracy charged in Count 6 is not limited to the substantive charges set forth in Counts 14 and 15 and the government's trial exhibits produced on December 23, 2016 contain additional instances of such conduct; the alleged concealment underlying the money laundering conspiracy charged in Count 16 encompasses both Barcha's joint account with her boyfriend and the accounts of Delgado's shell companies.

5. With regard to the government's motion to compel, directed primarily at Esformes, the undersigned notes that, pursuant to the Court's November 3, 2016 Order, Defendants had "until January 23, 2017 to complete their reciprocal discovery obligations under Fed. R. Crim. P. 16." See Order Resetting Trial Date [D.E. 166 at 2]. At the hearing, counsel for Esformes stated that, as of January 23, 2017, Esformes had nothing to produce because the only documents that he intends to introduce at trial are: the approximately 200 patient files from the Esformes Network Facilities to be produced on a rolling basis starting June 1, 2017 and ending August 31, 2017; and additional medical records for those patients to be obtained via

subpoenas to be served on other medical providers as revealed by the patient files.

To expedite the process for Esformes to serve such subpoenas, the government agreed to produce the CMS Claims Data for the approximately 200 patients by **Friday, April 21, 2017**. Also to that end, the parties shall submit by the close of business on **Thursday, April 20, 2017**, an agreed HIPPA Protective Order to accompany the subpoenas, as well as an Agreed Order allowing pre-trial return dates for the subpoenas pursuant to Fed. R. Crim. P. 17.

Upon review of the CMS Claims Data, Esformes' counsel shall serve the subpoenas on a rolling basis with the last subpoenas to be issued on **June 21, 2017**. The subpoenas shall have return dates of 10 days from the date of service, thereby making the last of the subpoena returns due by **July 3, 2017**. Esformes shall provide the government with copies of all documents accompanying the subpoena returns **upon receipt** of such documents. Esformes shall serve on the government his formal exhibit list on **July 14, 2017**.

As part of its Motion to Compel, the government also requested that Esformes disclose by May 1, 2017 the name of its rebuttal expert who will review these medical records, the expert's resume and the expected topics to be covered in the expert's opinion in reciprocity for the government disclosure of this same information for its expert on April 1, 2017. Given the foregoing schedule, Esformes shall make such disclosures by **June 15, 2017**, which date will not be subject to extension.

DONE AND ORDERED in Chambers, at Miami, Florida, this 18th day of April, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Joan A. Lenard
    Counsel of Record

4