UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-LENARD/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

PHILIP ESFORMES, *et al.*,

                Defendants.
_____/

**NOTICE OF COMPLIANCE WITH COURT ORDER [DE 315, 320] REGARDING
SUBMISSION OF DOCUMENTS FOR *IN CAMERA* INSPECTION**

The United States hereby notifies the parties that it has submitted a document for *in camera inspection*, in accordance with the Court Orders [D.E. 315, 320, without waiving any objection the United States may have, including under *Kaley v. United States*, ___U.S. ____, 134 S.Ct. 1090, 1098 (2014).

                BENJAMIN G. GREENBERG
                ACTING UNITED STATES ATTORNEY

By:   *s/ Daren Grove*_____
       Daren Grove (Court No. A5501243)
       Assistant United States Attorney
       E-mail: daren.grove@usdoj.gov
       99 NE 4th Street - 7th Floor
       Miami, Florida   33132
       Telephone: (305) 961-9294
       Facsimile:   (305) 536-7599

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*Daren Grove*
Daren Grove
Assistant United States Attorney