UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-LENARD/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,
ODETTE BARCHA, and
ARNALDO CARMOUZE,

    Defendants.
_____/

### ORDER RE: GOVERNMENT'S PROBABLE CAUSE AFFIDAVIT

THIS CAUSE came before the Court upon the government's *in* camera submission of a probable cause affidavit in support of its Motion for Entry of Post-Superseding Indictment Protective Order (hereafter, "Motion for Protective Order") [D.E. 202].

At a hearing held on April 25, 2017, the government represented to the undersigned that the grand jury's finding of probable cause was sufficient to support its Motion for Protective Order because the grand jury was instructed that their probable cause finding should encompass the forfeiture allegations. See Transcript of April 25, 2014 Hearing [D.E. 296 at 31-32]. After the government submitted the pertinent portion of the transcript of the grand jury proceedings for the undersigned's *in camera* review, the undersigned "found no such instruction to the grand jury." See Supplemental Order Re: April 25, 2017 Hearing [D.E. 315 at 1]. Thereafter, the government elected, as an alternative, to submit "an affidavit of probable cause as to the forfeiture allegations set forth in the Second Superseding Indictment." Id. at 1-2. The government submitted the probable cause affidavit ex-parte for the undersigned's *in camera* review. See Notice of Compliance with Court Order [DE 315, 320] Regarding Submission of

Documents for *In Camera* Inspection [D.E. 332].

After a hearing held on May 15, 2017, the undersigned directed Defendant Philip Esformes ("Defendant" or "Esformes") to "file a brief in support of its request for disclosure of the United States' ex-parte probable cause affidavit" and the government to "file a response." See Order [D.E. 351 at 2]. Having reviewed the parties' submissions and having heard the argument of counsel at a subsequent hearing held on May 22, 2017, it is

ORDERED AND ADJUDGED that Defendant's request for disclosure of the ex-parte probable cause affidavit is DENIED without prejudice. Defendant may renew his request if he raises a Sixth Amendment right to counsel of choice claim and demands a tracing hearing pursuant to United States v. Kaley, 579 F.3d 1246 (11th Cir. 2009) at a later stage in the proceedings. It is further

ORDERED AND ADJUDGED that the government shall retrieve the ex-parte probable cause affidavit from Chambers and maintain it in its custody and control during the pendency of this action. The government shall also retrieve from Chambers the grand jury transcript that was submitted for *in camera* review in support of the Motion for Protective Order but was found to be insufficient.

DONE AND ORDERED in Chambers, at Miami, Florida, this 23rd day of May, 2017.

*Alicia Otazo Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Joan A. Lenard
    Counsel of Record